**FROM: The District Court of the 8th Judicial District.
County of Cascade.**

STATE OF MONTANA,

Plaintiff, NO. 12064

vs. DECISION

David Ray Hill,

Defendant.

On April 11, 1997, it was ordered that the defendant is sentenced to the Montana State Prison for the period of ten (10) years for the offense of Driving Under the Influence of Alcohol, a Felony. This sentence is to run consecutively with other sentences and more specifically with Cause Number BDC 96-442. Defendant shall be subject to conditions as stated in the April 11, 1997 judgment.

On August 21, 1997, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 21st day of August, 1997.

DATED this 11th day of September, 1997.

**Chairman, Hon. Jeffrey M. Sherlock, Member, Hon. Richard Phillips and Alternate Member, Hon. Jeff Langton**

The Sentence Review Board wishes to thank David Ray Hill for representing himself in this matter.